TRULINCS 07067380 - DELEON, ABEL - Unit: BUF-V-B

--------------------------------------------------------------------------------

FROM: 07067380
TO:
SUBJECT: Incident
DATE: 04/15/2024 09:34:36 AM

Incident at Federal Medical Center 2/12/2024 Butner NC 27509

I am 70 years old, five feet seven inches and weigh about 165 pounds. On 2/12/2024 at about about 10:00 A.M. on the 4th floor where I reside my housing unit was searched. I was sent to a room to be searched by an officer. Said officer ordered me to take my clothes off, fear sexual abuse, I refused. Lut. Simmons was notified. I was escorted to R & D where Lut. Simmons had summoned a cartel of about 20 officers to receive me. There I was searched with an X - Ray Machine "twice" therefore the following did not have to happen. I was taken to a small room where about 10 officers awaited me. Again I was ordered to take my clothes off. Fearing sexual abuse, I refused. My refusal enraged Lut. Hardy therefore he grabbed my right arm, twisting it, my shoulder was damaged as so was right arm and elbow Another officer grabbed my left arm, yet another officer pulled my hair. All the while Lut. Garrity ripped my clothes off, when naked Lut Garrity and another kicked me behind the knees so to kneel me. The kicks tore my right leg ligaments. When forced on the ground other officers punched and kicked my head. When I was on the floor Lut Garrity with his hands opened my butt cheeks and inserted an object into my rectum. I was then allowed to stand and dress myself. Fourth floor medical nurse documented some of my injuries.

I was immediately transferred to the SHU to be transferred far away. At the SHU the SHU nurse documented some of my injuries. Unit Manager Grimaldo advised Doctor Brown of what transpired she took a report of incident and reported it to PREA.

I was written-up for refusing a U.A. I do not do drugs. A fabricated lie to cover-up the beating and sexual assault.

As a result of the many kicks and punches intended to kill me my brain feels injured, my neck cracks when I turn.

Torn ligament makes walking difficult.

Under penalty of perjury, to the best of my knowledge my allegations are true.

Sincerely
_Abel DeLeon_
Abel de Leon