FILED

JUN 07 2024

PETER A MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. ___5:24-CT-3107-M___

Abel C DeLeon

Inmate Number _07067.38 0_

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Luietant Simmons

Luictenant Hardy

Luietent Garity

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☐Yes
☑ No

---

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page 1 of 10

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

*N A*

## II. PLAINTIFF INFORMATION

Abel C DeLeon
_____
Name

03063-380
_____
Prisoner ID #

Butner Low PCI
_____
Place of Detention

PO Box 999
_____
Institutional Address

Butner      NC      27509
_____
City          State      Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐   Pretrial detainee    ☐ State    ☒ Federal
- ☐   Civilly committed detainee
- ☐   Immigration detainee
- ☐   Convicted and sentenced state prisoner
- ☒   Convicted and sentenced federal prisoner

Page 2 of 10

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: ___Lut. Simmons___
Name

___Luietenant___
Current Job Title

___PO Box 999___
Current Work Address

___Batner_____ __NC__ ____27509____
City                                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: ___Lut Hardy___
Name

___Luietenant___
Current Job Title

___PO Box 999___
Current Work Address

___Butner_____ __NC__ ____27509____
City                                State              Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: _Lyt Garrily_
Name

_Lqretenqnt_
Current Job Title

_P O Box 99 4_
Current Work Address

_Butner_      _NC_      _27509_
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both


Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Case 5:24-ct-03107-M-RJ      Document 4      Filed 06/07/24      Page 4 of 10

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Federal Medical Center / Butner NC_

Date(s) of occurrence: _2/12/2024_

State which of your federal constitutional or federal statutory rights have been violated:

_Assault by Staff_

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

**Who did what to you?**

_See Attachment_

Page 5 of 10

**What happened to you?**

**When did it happen to you?**

**Where did it happen to you?**

What was
your
injury?

Case 5:24-ct-03107-M-RJ    Document 4    Filed 06/07/24    Page 7 of 10

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?     ☒ Yes     ☐ No
      If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?     ☒ Yes     ☐ No
      If no, explain why not:

_____

_____

_____

_____

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

      Indict defendants for assault

_____

_____

_____

_____

_____

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?　　□ Yes　　☒ No

If yes, how many?　_____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6/3/2024
Dated

Hel Deleon
Plaintiff's Signature

Abel DeLeon
Printed Name

0305842
Prison Identification #

P.O. Box 999          Butner          NC          27509
Prison Address          City          State          Zip Code