**FILED**

**-4**

NOV 18 2024

**United States District Court**
**Eastern District of North Carolina**
**Western Division**

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

*Amended*
*Complaint*

**Case No. 5:24-ct-3107-M**
(To be filled out by Clerk's Office only)

Abel DeLeon

Inmate Number O7067-380

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

**(*Pro Se* Prisoner)**

-against-

Bureau of Prison and or Lut. Simmons
Lut Hardy, Lut Garity and other
unknown Staff / Bureau of Prisons

Jury Demand?
☐ Yes
☒ No

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Abel DeLeon
Name

05067-380
Prisoner ID #

Low Security Correctional Institution
Place of Detention

PO Box 999
Institutional Address

Butner               North Carolina               27509
City                      State                      Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☑ Convicted and sentenced federal prisoner

6

## IV.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _Lieutenant Simmons_
Name

_Lieutenant_
Current Job Title

_P.O. Box 999_
Current Work Address

_Butner_      _North Carolina_      _27509_
City                            State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: _Lieutenant Hardy_
Name

_Lieutent_
Current Job Title

_P.O. Box 999/Low Security Correctional Ins._
Current Work Address

_Butner_      _North Carolina_      _27509_
City                            State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant(s) Continued**

Defendant 3: _Lieutenant Garrity_
Name

_Lieutenant_
Current Job Title

_P.O. Box 999/Low Security Correctional Ins._
Current Work Address

_Butner_ _North Carolina_ _27509_
City · State · Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: _Bureau of Prisons_
Name

_Bureau of Prisons/Low Security Correctional Institution_
Current Job Title

_PO Box 999_
Current Work Address

_Butner_ _North Carolina_ _27509_
City · State · Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Case 5:24-ct-03107-M-RJ    Document 14    Filed 11/18/24    Page 4 of 11

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Federal Medical Center 4th floor_

Date(s) of occurrence: _02/12/2024_

State which of your federal constitutional or federal statutory rights have been violated:

8th _Eigth Amendment Cruel and Unusual Punishment_

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Amended Complaint

Lut. Hardy grabbed my right arm, twisting it, my shoulder was damaged, still hurts after eight months

Lut. Garrity and another unknown officer kicked me behind the knees to kneel me. When forced on the ground other officers punched and kicked my head.

When on the floor Lut. Garrity with his hands opened my butt cheeks and inserted an object into my rectum.

**Who did what to you?**

Page 5 of 10

TRULINCS 07067380 - DELEON, ABEL - Unit: BUF-V-B

-----------------------------------------------------------------------------------

FROM: 07067380
TO:
SUBJECT: FACTS
DATE: 11/09/2024 06:37:30 PM

*Statement Of Claim*
*Facts*

FACTS

Incident at Federal Medical Center 2/12/2024 Butner NC 27509

I am 70 years old, five feet seven inches and weigh about 165 pounds. On February the second 2024 at about 10:00 A.M. on the 4th floor where I reside my housing unit was searched. I was sent to aroom to be searched by an officer. Said officer ordered me to take my clothes off, fearing sexual abuse, I refused. Lut. Simons was notified. I was escorted to R & D whee Lut. Simmons had summoned a cartel of about 20 officers to receive me. There I was searched with an X - Ray Maacine "twice" therefore the following did not have to happen. I was taken to a small room where about 10 officers awaited me. Again I was ordered to take my clothes off. Fearing sexual abuse, I refused. My refusal enraged Lut. Hardy therefore he grabbbed my right arm, twisting it, my shoulder was damaaged

as so was right arm and elbow. Another officer grabbed my left arm, yet another officer pulled my hair. All the while

Lut. Garrity ripp[ed my clothes off, when naked Lut garrity and another officer kicked me behind the knees to to kneel me. The kicks tore my right leg ligaments. When forced on the ground other officers punched and kicked my head. When I was on the floor Lut. Garrity with his hands opened my butt cheeks and insertedan object into my rectum. I was then allowed to stand and dress myself. Fourth floor medical nurse documented some of my injuries.

I was immediately transferred to the SHU to be transferred far away, Lut Simmons told me personally. At the SHU nurse documented some of my injuries also. About two weeks later Unit Manager Grimaldo while making his rounds was given notice of what happened. Unit Manager Grimaldo advised Doctor Brown of what transpired she took a report of incident and reported it to PREA.

I was written up for refusing a U.A. I do not do drugs. A fabricated lie to cover-up the beating and sexual assault. As a result of the manyh kicks and punches intended to kill me, my brain feels injured, my neck cracks when I turn. Torn ligaments makes walking difficult.

Under penalty of perjury, to the best of my knowledge my allegations are true.

| | |
|---|---|
| **What happened to you?** | What happened was that I was physically and sexually assaulted. |

| | |
|---|---|
| **When did it happen to you?** | It happened when I arrived at the R&D location |

| | |
|---|---|
| **Where did it happen to you?** | It happened at R&D room |

<table>
<tr><td>What was your injury?</td></tr>
</table>

My injuries are fluid in the Brain from the many kicks and punches it received

My neck suffered and or sustained a hairline crack from the kicks and punches received

Lost some motion on my right arm

Have recurring night mares of beating, my brain feels injured, stumble, small black-outs, cannot walk straight

Beating probable took some years of my life, and probably develop Alzeimers before my time.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?   ☑ Yes   ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Request compensatory damages of 20,000 dollars against each defendant.

Declaration that the acts described violated plaintiff rights under the Constitution and the laws of the United States

Page **8** of **10**

*1 b*

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?          ☐ Yes   ☑ No

        If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

November 13, 2024
Dated

Plaintiff's Signature

Abel De Leon
Printed Name

# 07063·380
Prison Identification #

Low Security Correctional Inst.    Butner        NC      27509
Prison Address                     City          State   Zip Code
P. O. Box 999