FROM: 07067380
TO:
SUBJECT: Amended Complaint
DATE: 11/11/2024 08:48:23 AM

FILED

DEC 15 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
DEP CLK

..

United States District Court
Eastern District of North Carolina
Western Division

Plaintiff

  Abel de Leon

Defendants'
  COMPLAINT Pro Se Prisoner
  Civil Action No. 5:24-ct-3107-M

  Lut. Simmons, Lut. Garrity

  Lut. Garrity et, al.,

Amended Complaint

  Pro se plaintiff, as directed by the Court that plaintiff file an amended complaint that complies with Federal Rule

of Civil Procedure 8 stating the relief sought.

1. JURISDICTION & VENUE

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of
rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331

and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202 Plaintiff's claims for

injunctive relief are authorized by U.S.C. Section 2283 &2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern District of North Carolina Western Division is an appropriate venue under 28 U.S.C. Section 1391 (b)

(2) because it is where the events giving rise to this claim occurred.

11. PLAINTIFFS

3. Plaintiff, Abel de Leon is and was at all times mentioned herein a poisoner of the Federal Government in the

custody of the Bureau of Prisons. I am currently confined in Low Security Correctional Institution Butner, North

Carolina.

TRULINCS 07067380 - DELEON, ABEL - Unit: BUF-V-B

----------------------------------------------------------------------------------

FROM: 07067380
TO:
SUBJECT: FACTS
DATE: 11/11/2024 08:46:16 AM

111. DEFENDANTS

4. Defendant Lieutenant Simmons, Lieutenant Garrity and Lieutenant Hardy Correctional Officers for the Bureau

Of Prisons who at all times mentioned in this complaint, held the rank of Lieutenant and wee assigned to the Federal

Medical Center.

5. Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint, each

defendant acted under the color of Federal Law.

FACTS

Incident happened at the Federal Medical Center February twelve 2024 Butner NC 27509

To start: I am 70 years old five feet seven inches and weigh about 165 pounds. On February the twelve 2024 at

about 10:00 A.M. on the 4th floor where I reside my housing unit was searched. I was sent to a room to searched by

an officer. Said officer ordered me to take my clothes off, fearing sexual abuse, I refused. Lut. Simmons was

notified. I was escorted to R & D where Lut. Simmons had summoned a cartel of about 20 officers to receive me.

There I was searched with an X-Ray Machine "twice" therefore the following did not have to happen. I was taken to a

small room where about 10 officers awaited me. Again, I was ordered to take my clothes off. fearing sexual abuse I refused. My refusal enraged Lut. Hardy the fore he grabbed my right arm, twisting it, my shoulder was damaged so was my right arm and elbow. Another officer grabbed my left arm, yet another officer pulled my hair. All the while Lut. Garrity ripped my clothes off. When naked Lut Garrity and another officer kicked me behind the knees to kneel me. The kicks tore my right leg ligaments. When forced on the ground other officers punched and kicked my head. When I was on the floor Lut. Garrity with his hands opened my butt cheeks and inserted an object into my rectum. I was then allowed to stand and dressed myself. Fourth floor medical nurse documented some of my injuries.

TRULINCS 07067380 - DELEON, ABEL - Unit: BUF-V-B

---

FROM: 07067380
TO:
SUBJECT: FACTS CONTINUED
DATE: 11/11/2024 08:50:06 AM

I was immediately transferred to the SHU to be transferred far away. Lut. Simmons told me personally. At the SHU, nurse documented some of my injuries also. About two weeks later Unit Manager Grimaldo while making his rounds was given notice of what happened. Unit Manager Grimaldo advised Doctor Brown of what transpired she took a report of incident and reported it to PREA.

I was written up for refusing a U.A.. I do not do drugs. A fabricated lie to cover-up the beating and sexual assault. As a result of the many kicks and punches intended to kill me, my brain feels injured, my neck cracks when I turn. Torn ligaments makes walking difficult.

1V. LEGAL CLAIMS

The beating and sexual assault is unconstitutional, a violation of the Eighth Amendment Cruel and Unusual Punishment.

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the compensatory relief plaintiff seeks.

PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully pray that this court enter judgment granting plaintiff

A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

Compensatory damages in the amount of $ 20,000 against each defendant,

Under penalty of perjury, to the best of my knowledge my allegations are true.